# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KATHY POOL, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | )   NO. CIV-15-0714-HE |
| | ) |
| MISSION GROUP KANSAS, INC. | ) |
| d/b/a WRIGHT CAREER COLLEGE, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant Mission Group Kansas, Inc. has filed a notice that it filed for protection under Chapter 7 of the United States Bankruptcy Code on April 15, 2016. The court concludes that the most appropriate disposition of this case is to administratively close it, subject to reopening depending on the disposition of the bankruptcy proceedings.

Accordingly, the clerk of court is directed to administratively terminate this action without prejudice to the right of a party to file a stipulation or order of dismissal or, for good cause shown upon motion, to reopen the case for further proceedings necessary to obtain a final determination of the action. If, within **sixty (60) days** of the sooner of the completion of the Mission Group Kansas, Inc. bankruptcy proceedings or of the lifting of the automatic stay as applicable to this proceeding, closing papers have not been filed or leave sought to reopen the case, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED**.

Dated this 19th day of April, 2016.

                                                JOE HEATON
                                                CHIEF U.S. DISTRICT JUDGE